No. 78–1882. Wolman et al. v. Walter et al. Affirmed on appeal from D. C. S. D. Ohio. Mr. Justice Brennan and Mr. Justice Stewart dissent.

No. 78–1671. Dodson Insurance Group v. Maloney, Judge. Appeal from Sup. Ct. N. M. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1833. Monroe v. Monroe. Appeal from Sup. Ct. Conn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–6645. Carter v. Texas. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–6743. Welch v. Falke, Prosecuting Attorney of Montgomery County, et al. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–6765. Linden v. Harper & Row Publishers, Inc. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.